GARY E. SCHNITZER, ESQ.
Nevada Bar No. 4646
TYLER J. WATSON, ESQ.
Nevada Bar No. 11735
KRAVITZ, SCHNITZER JOHNSON & WATSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gschnitzer@ksjattorneys.com
*Attorneys for Preferred Credit, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and PREFERRED CREDIT, INC.; DOES I through V, inclusive, and ROE CORPORATIONS VI through X | Case No.: 2:22-cv-01398-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PREFERRED CREDIT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant, Preferred Credit, Inc., ("Preferred Credit") and Plaintiff, Donna Baker, ("Plaintiff"), by and through their counsel, hereby respectfully submit this stipulation to extend time for Preferred Credit to respond to Plaintiff's Complaint. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2 and LR 7-1. This is the first request for extension of time to respond to Plaintiff's Complaint.

Plaintiff filed their Complaint on August 26, 2022 and Preferred Credit was served with the Complaint on August 30, 2022. Accordingly, Preferred Credit's response to Plaintiff's Complaint is currently due September 19, 2022. Upon Preferred Credit's request and good cause shown, Plaintiffs have agreed that Preferred Credit shall have up to, and including, October 4, 2022 to respond to Plaintiff's Complaint. Good cause exists to grant the stipulation to allow Preferred Credit to investigate Plaintiff's allegations, including a review of relevant documents. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Preferred Credit agree that Preferred

1

Credit shall have up to and including October 4, 2022 to file a responsive pleading to Plaintiff's Complaint.

THEREFORE, Defendant, Preferred Credit, Inc., shall have up to, and including, October 4, 2022 to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 7th day of September, 2022.   DATED this 7th day of September, 2022.

**KIND LAW**                             **KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD.**

/s/ *Michael B. Kind (with permission)*   /s/ *Gary E. Schnitzer*
Michael B. Kind, Esq.                     Gary E. Schnitzer, Esq.
Nevada Bar No.: 13903                     8985 S. Eastern Avenue, Suite 200
8860 South Maryland Pkwy. Ste 106         Las Vegas, NV 89123
Las Vegas, Nevada 89123                   Tel: (702) 222-4142
mk@kindlaw.com                            gschnitzer@ksjattorneys.com
*Attorney for Plaintiff,*                 *Attorneys for Defendant,*
*Donna Baker*                             *Preferred Credit, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: September 9, 2022

2