George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com

Michael Kind, Esq.
Nevada Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5581 (fax)
mk@kindlaw.com
*Counsel for Plaintiff Donna Baker*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Donna Baker<br><br>                Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC and Preferred Credit,<br>Inc.,<br><br>              Defendants. | Case No.:  2:22-cv-01398-JAD-NJK<br><br>**Unopposed Motion for Extension of Time for Trans Union LLC to File a Responsive Pleading to Plaintiff's Complaint**<br><br>**(First Request)** |

Donna Baker ("Plaintiff"), hereby files this Unopposed Motion for Extension of Time for TransUnion to Answer ("Motion") and in support states:

1.      TransUnion's responsive pleading is due on September 20, 2022.

2.      Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

3.      Plaintiff does not oppose an extension of TransUnion's time to Answer the Complaint so that the parties may devote their energies to resolving this matter.

Plaintiff files this Motion respectfully requesting the Court for an extension of time for TransUnion to file its responsive pleading for 14 days, to **Tuesday, October 4, 2022**.

1546383V.1

1    4.    This Motion is not for delay.

2    5.    This is TransUnion's first extension of time and the requested extension does not

3    prejudice the parties.

4    6.    For the foregoing reasons, Plaintiff requests that the Court issue an order extending

5    the date, to **October 4, 2022**, on which TransUnion must answer or otherwise respond to Plaintiff's

6    Complaint.

7        DATED this 20th day of September, 2022.

8

9                                        **FREEDOM LAW FIRM**

10                                       _/s/_ Gerardo Avalos

11                                       Gerardo Avalos, Esq.
                                         8985 S. Eastern Ave., Suite 350

12                                       Las Vegas, NV 89123
                                         _Counsel for Plaintiff_

13

14

15   IT IS SO ORDERED.

16   Dated:  September 21, 2022
     .

17   .

18   _____
     Nancy J. Koppe

19   United States Magistrate Judge

20

21

22

23

24

25

26

27

28

2