1  Michael Kind, Esq.
2  Nevada Bar No.: 13903
   **KIND LAW**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
6  (702) 329-5881 (fax)
   mk@kindlaw.com
7  *Attorney for Plaintiff Donna Baker*
8
9          **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
10

11  Donna Baker,                                    Case No.: 2:22-cv-01398-JAD-NJK
12                          Plaintiff,
                                                     **Motion for an extension of time for**
13    v.                                             **Defendant Experian Information**
                                                     **Solutions, Inc. to respond to**
14                                                   **Plaintiff's complaint**
    Experian Information Solutions, Inc.,
15  Equifax Information Services, LLC,
    Trans Union, LLC and Preferred
16  Credit, Inc.,
17
18                          Defendants.
19

20        Donna Baker ("Plaintiff"), by and through counsel, hereby requests an

21  extension of time for Defendant Experian Information Solutions, Inc. to

22  respond to the complaint. Defendant's responsive pleading is currently due on

23  September 20, 2022. This is the first request for an extension of this deadline.

24        The extension is sought because the parties are engaged in active

25  settlement discussions that may alleviate Defendant's need to retain counsel and

26  appear in this case.

27

_____

MOTION                                   - 1 -

1    In good faith and not for the purposes of delay, Plaintiff submits this

2    motion, on behalf of Defendant, and requests that this Court extend Defendant's

3    deadline to file its responsive pleading until on or before **October 20, 2022**.

4    Dated: September 21, 2022.

5    **KIND LAW**

6    /s/ Michael Kind

7    Michael Kind, Esq.
8    8860 South Maryland Parkway, Suite 106
     Las Vegas, Nevada 89123
9    *Attorney for Plaintiff Donna Baker*

10

11

12    IT IS SO ORDERED:

13

14    _____

15    UNITED STATES MAGISTRATE JUDGE

16    DATED: September 22, 2022 _____

17

18

19

20

21

22

23

24

25

26

27

_____